# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JORGE ALMEIDA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1785

[November 18, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel A. Casey, Judge; L.T. Case No. 15-016355CF10A.

Ryan Edward McFarland and William Mallory Kent of Kent & McFarland Attorneys at Law, Jacksonville, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***